IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

In re:

Cleveland D. Boler, III
Evelyn D. Boler
a/k/a Evelyn D. Mims
Debtor(s)

2006 MAY 25 A 11: 53

Case No. 06-30049
Chapter 13

### TRANSMITTAL OF APPEAL

I do hereby certify that the documents herein comprise the items in the designation of contents related to the Notice of Appeal filed in the above referenced case.

**Transmittal Submitted On:**      May 25, 2006

**Notice of Appeal Filed:**      May 5, 2006

**Contents of Record:**
**Designated Items of Appellant(s)**
**Designated Items of Appellee(s)**

**Remarks:**
Amount of Filing Fee Paid      $5.00 Paid on May 5, 2006 (Rec# 1824140)
**Appearance of Child Support Creditor or Representative filed on May 5, 2006.**

**PLEASE RETURN A "RECEIVED" STAMPED
COPY OF THIS SUBMISSION SHEET**

FROM: /s/ Richard S. Oda, Clerk
United States Bankruptcy Court
By: _____
Deputy Clerk

