## United States Bankruptcy Court
### Middle District of Alabama

**06-30049**

In re: **Cleveland D. Boler, III / Evelyn D. Boler**
Debtor(s)

Case No.
Chapter **13**

### Chapter 13 Plan or Summary
Check if Amended Plan ☐

1. **PAYMENTS TO TRUSTEE:** **$578.00 Bi-weekly for 56 months** beginning

2. **DISTRIBUTIONS BY TRUSTEE FROM THE PAYMENTS RECEIVED SHALL BE MADE AS FOLLOWS:**

   **First:** **ADMINISTRATIVE CLAIMS** under 11 USC §503(b). Debtor's attorney fee is: **2,000.00**

   **Second:** **SECURED CLAIMS**
   a. Secured claims being paid through the trustee:

| Creditor | Amount of Debt | Value of Collateral | No. of Payments | Interest Under Plan | Specified Monthly Payment |
|---|---|---|---|---|---|
| GUARDIAN CREDIT UNION (910 CLAIM) | $17,000.00 | $17,000.00 | 56 | 5.99% | $349.98 |
| GUARDIAN CREDIT UNION (910 CLAIM) | $30,000.00 | $30,000.00 | 56 | 5.99% | $617.60 |
| SPILLER FURNITURE | $1,379.00 | $1,100.00 | 56 | 8.00% | $23.79 |

   b. Prepetition defaults being cured through the trustee:

| Creditor | Amount of Arrearage | Annual Interest | No. of Payments | Date Post-Petition Payment Will Resume | Specified Monthly Payment |
|---|---|---|---|---|---|
| -NONE- | | | | | |

   c. Secured claims to be paid directly by debtor or other party to the creditor:

| Creditor | Amount of Debt | Value of Collateral | Contractual Payment |
|---|---|---|---|
| GUARDIAN CREDIT UNION | $10,355.00 | $11,000.00 | $210.00 |

   d. Secured claims to be satisfied by the surrender and return of collateral:

| Creditor | Description of Collateral | Amount of Debt | Value of Collateral |
|---|---|---|---|
| -NONE- | | | |

   **Third:** **PRIORITY CLAIMS** (11 USC §507(A)(2) TO (8)):

| Creditor | Amount of Debt | Specified Monthly Payment |
|---|---|---|
| BALDWIN COUNTY DHR | $8,042.00 | $143.61 |

   **Fourth:** **SPECIALLY CLASSIFIED UNSECURED CLAIMS**

| Creditor | Basis for Classification | Amount of Debt Specially Classified | Specified Monthly Payment |
|---|---|---|---|
| -NONE- | | | |

   **Fifth:** **UNSECURED CLAIMS**

   UNSECURED CLAIMS, including the unsecured portion of secured claims, a pro rata amount equal to **0**% of the claim. If unsecured creditors are to receive less than 100% of their claims, the debtor(s) will pay all projected disposable income to the trustee for at least 36 months.

3. **DURATION OF PLAN**
   The expected duration of this plan is **56** months.

4. **PROVISIONS FOR UNSCHEDULED, POSTPETITION, OR LATE FILED CLAIMS ARE AS FOLLOWS:**

**5. PROVISIONS FOR PROPERTY OF THE ESTATE (See 11 U.S.C. §1303, §1306 and §1327):**

**6. PROVISIONS FOR EXECUTORY CONTRACTS AND UNEXPIRED LEASES (See 11 U.S.C. §1322(b)(7) and §365):**

| Contract\Lease Party | Description of Contract or Lease | Assume or Reject? |
|---|---|---|
| **-NONE-** | | |

**7. OTHER PROVISIONS:**
**ADEQUATE PROTECTION PAYMENTS WILL BE MADE THROUGH CH. 13 TRUSTEE.**

| | |
|---|---|
| **/s/ Cleveland D. Boler, III** | **/s/ Evelyn D. Boler** |
| **Cleveland D. Boler, III** | **Evelyn D. Boler** |
| Debtor | Joint Debtor |
| **January 16, 2006** | |
| Date | |

Software Copyright (c) 1996-2004 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                                                                          Best Case Bankruptcy