*BK Case # 06-30049*

| | | |
|---|---|---|
| 01/18/2006 | 6 | Employee Income Records *FOR DEBTOR* Filed by Vonda S. McLeod on behalf of Cleveland D. Boler III, Evelyn D. Boler. (McLeod, Vonda) (Entered: 01/18/2006) |
| 01/18/2006 | 7 | Employee Income Records *FOR JOINT DEBTOR* Filed by Vonda S. McLeod on behalf of Cleveland D. Boler III, Evelyn D. Boler. (McLeod, Vonda) (Entered: 01/18/2006) |
| 01/18/2006 | 8 | Debtor's Motion for Adequate Protection *PAYMENTS THROUGH CHAPTER 13 TRUSTEE* Filed by Vonda S. McLeod on behalf of Cleveland D. Boler III, Evelyn D. Boler. (McLeod, Vonda) (Entered: 01/18/2006) |
| 01/18/2006 | 9 | Receipt of Voluntary Petition (Chapter 13)(06-30049) [misc,volp13a] ( 189.00) filing fee. Receipt number 1709798, amount $ 189.00. (U.S. Treasury) (Entered: 01/18/2006) |
| 01/19/2006 | 10 | First Meeting of Creditors, Trustee and Deadlines Assigned. Section 341(a) Meeting of Creditors to be held 03/02/2006 at 09:00 AM in 341 Meeting of Creditors (4E), U.S. Bankruptcy Court, One Church Street, Montgomery, AL. Confirmation hearing to be held 04/03/2006 at 09:30 PM in Courtroom 4C, Judge Williams Presiding, U.S. Bankruptcy Court, Montgomery, AL. The Trustee appointed to this case is Curtis C. Reding. Deadline to file Proofs of Claim is 05/31/2006. (Entered: 01/19/2006) |
| 01/19/2006 | | New Case Received and Reviewed for Accuracy. (CBM, ) (Entered: 01/19/2006) |
| 01/19/2006 | 11 | Order Granting Motion For Adequate Protection |