## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **CHAPTER 13** |
| **CLEVELAND D. BOLER** | ) | |
| | ) | **CASE NO. 06-30049** |
| | ) | |
| Debtor. | ) | |

### NOTICE OF APPEARANCE

COMES NOW Karen L. Materna and hereby files this Notice of Appearance as attorney of record of the Creditor, Alabama Department of Human Resources, in the above-referenced matter.

RESPECTFULLY SUBMITTED this 7th day of Februaury, 2006.


___/s/ Karen L. Materna_____
KAREN L. MATERNA
Attorney for Alabama Department of Human Resources

OF COUNSEL:
Holloway & Moxley, LLP
P. O. Box 4953
Montgomery, Alabama   36103
334/834-9689


### CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing upon the Attorney for the Debtor, Vonda S. McLeod, PO Box 201, Montgomery, AL 36101 and Curtis C. Redding, Trustee, P.O. Box 173, Montgomery, AL 36101 by placing a copy of same in the United States Mail or electronically, postage prepaid on this 7th day of Februaury, 2006.


___/s/ Karen L. Materna_____
OF COUNSEL