UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 13 |
| **CLEVELAND D. BOLER** | ) |
| | ) CASE NO. 06-30049 |
| | ) |
| Debtor. | ) |

**OBJECTION TO CONFIRMATION**

COMES NOW, the Alabama Department of Human Resources, a priority creditor in the above-referenced matter, and hereby objects to confirmation in the above-referenced matter and would state as follows:

1. Debtor filed the instant Chapter 13 on or about the 8th day of January, 2006.

2. Creditor states that a priority claim was filed under 11 USC § 507(a)(1)(a) which specifically states domestic support obligations are to be paid first.

3. Creditor further states that under the debtors current plan administrative claims and secured claims are being paid before the Alabama Department of Human Resources priority claim for domestic support.

WHEREFORE, based upon the above, creditor objects to confirmation of debtors' plan as filed.

Respectfully submitted the 24TH day of February, 2006.

/s/ Richard G. Moxley, III
Richard G. Moxley, III
Attorney for Creditor
556 South Perry
Montgomery, AL 36104
(334) 834-9689

**CERTIFICATE OF SERVICE**

      I do hereby certify that I have served a copy of the foregoing upon the Debtor, Cleveland D. Boler, 2242 Hwy 31 N, Deatsville, AL 36022, Attorney for the Debtor, Vonda S. McLeod, PO Box 201, Montgomery, AL 36101 and Curtis C. Redding, Trustee, P.O. Box 173, Montgomery, AL 36101 by placing a copy of same in the United States Mail or electronically, postage prepaid on this 24TH day of February, 2006.

                                                                /s/ Richard G. Moxley, III
                                                                OF COUNSEL