IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CLEVELAND & EVELYN BOLER | ) | CHAPTER 13 CASE NO.  06-30049 |
| | ) | |
| | ) | |
| DEBTORS | ) | |

**PRE-CONFIRMATION  AMENDMENT TO CHAPTER 13
AND NOTIFICATION OF AMENDED PLAN**

COMES NOW, the debtors in the above referenced bankruptcy and hereby moves this Honorable Court to amend the Chapter 13 plan and schedules in reference to this case as follows:

The Debtor amends the **CHAPTER 13 PLAN** to do the following:

1. To show Baldwin County DHR is to be paid direct.
2. To lower payments to $504.51 bi-weekly.

WHEREFORE, THESE PREMISES CONSIDERED, the debtor moves this Honorable Court to amend their schedules and plan as stated above.

Respectfully submitted this date: March 8, 2006.

/S/ VONDA S. MCLEOD
RICHARD D. SHINBAUM
rshinbaum@samvpc.com
VONDA S. MCLEOD
vmcleod@samvpc.com
C. BRANDON SELLERS, III
cbsellers@samvpc.com
Attorneys for the Debtor
SHINBAUM, ABELL, MCLEOD & VANN
Post Office Box 201
Montgomery, Alabama 36101
(334) 269-4440

**CERTIFICATE OF SERVICE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CLEVELAND & EVELYN BOLER ) | CHAPTER 13 CASE NO. 06-30049 |
| ) | |
| ) | |
| DEBTORS ) | |

**PRE-CONFIRMATION AMENDMENT TO CHAPTER 13**
**AND NOTIFICATION OF AMENDED PLAN**

COMES NOW, the debtors in the above referenced bankruptcy and hereby moves this Honorable Court to amend the Chapter 13 plan and schedules in reference to this case as follows:

The Debtor amends the **CHAPTER 13 PLAN** to do the following:

1. To show Baldwin County DHR is to be paid direct.
2. To lower payments to $504.51 bi-weekly.

WHEREFORE, THESE PREMISES CONSIDERED, the debtor moves this Honorable Court to amend their schedules and plan as stated above.

Respectfully submitted this date: March 8, 2006.

/S/ VONDA S. MCLEOD
RICHARD D. SHINBAUM
rshinbaum@samvpc.com
VONDA S. MCLEOD
vmcleod@samvpc.com
C. BRANDON SELLERS, III
cbsellers@samvpc.com
Attorneys for the Debtor
SHINBAUM, ABELL, MCLEOD & VANN
Post Office Box 201
Montgomery, Alabama 36101
(334) 269-4440

**CERTIFICATE OF SERVICE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CLEVELAND & EVELYN BOLER | )   CHAPTER 13 CASE NO.  06-30049 |
| | ) |
| | ) |
| DEBTORS | ) |

**PRE-CONFIRMATION  AMENDMENT TO CHAPTER 13
AND NOTIFICATION OF AMENDED PLAN**

COMES NOW, the debtors in the above referenced bankruptcy and hereby moves this Honorable Court to amend the Chapter 13 plan and schedules in reference to this case as follows:

The Debtor amends the **CHAPTER 13 PLAN** to do the following:

1. To show Baldwin County DHR is to be paid direct.
2. To lower payments to $504.51 bi-weekly.

WHEREFORE, THESE PREMISES CONSIDERED, the debtor moves this Honorable Court to amend their schedules and plan as stated above.

Respectfully submitted this date: March 8, 2006.

/S/ VONDA S. MCLEOD
RICHARD D. SHINBAUM
rshinbaum@samvpc.com
VONDA S. MCLEOD
vmcleod@samvpc.com
C. BRANDON SELLERS, III
cbsellers@samvpc.com
Attorneys for the Debtor
SHINBAUM, ABELL, MCLEOD & VANN
Post Office Box 201
Montgomery, Alabama 36101
(334) 269-4440

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above foregoing Amendment and Plan on the below parties either by electronic mail or regular mail on this day: March 8, 2006.

Hon. Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101

Baldwin County DHR
Child Support Division
101 Courthouse Square
Bay Minette, Al 36507

Montgomery County Child Support Unit
P O Box 244015
Montgomery, AL 36125


/S/ VONDA S. MCLEOD

I hereby certify that I have served a copy of the above foregoing Amendment and Plan on the below parties either by electronic mail or regular mail on this day: March 8, 2006.

Hon. Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101

Baldwin County DHR
Child Support Division
101 Courthouse Square
Bay Minette, Al 36507

Montgomery County Child Support Unit
P O Box 244015
Montgomery, AL 36125

/S/ VONDA S. MCLEOD

I hereby certify that I have served a copy of the above foregoing Amendment and Plan on the below parties either by electronic mail or regular mail on this day: March 8, 2006.

Hon. Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101

Baldwin County DHR
Child Support Division
101 Courthouse Square
Bay Minette, Al 36507

Montgomery County Child Support Unit
P O Box 244015
Montgomery, AL 36125


/S/ VONDA S. MCLEOD

# United States Bankruptcy Court
## Middle District of Alabama

In re: **Cleveland D. Boler, III / Evelyn D. Boler**, Debtor(s)

Case No. **06-30049**
Chapter **13**

### Chapter 13 Plan or Summary
Check if Amended Plan ☐

1. **PAYMENTS TO TRUSTEE:** $504.51 Bi-weekly for 56 months beginning

2. **DISTRIBUTIONS BY TRUSTEE FROM THE PAYMENTS RECEIVED SHALL BE MADE AS FOLLOWS:**

   **First:** **ADMINISTRATIVE CLAIMS** under 11 USC §503(b). Debtor's attorney fee is: **2,000.00**

   **Second:** **SECURED CLAIMS**

   a. Secured claims being paid through the trustee:

   | Creditor | Amount of Debt | Value of Collateral | No. of Payments | Interest Under Plan | Specified Monthly Payment |
   |---|---|---|---|---|---|
   | GUARDIAN CREDIT UNION | $17,000.00 | $17,000.00 | 56 | 5.99% | $350.12 |
   | GUARDIAN CREDIT UNION | $30,000.00 | $30,000.00 | 56 | 5.99% | $617.87 |
   | SPILLER FURNITURE | $1,379.00 | $1,100.00 | 56 | 8.00% | $23.80 |

   b. Prepetition defaults being cured through the trustee:

   | Creditor | Amount of Arrearage | Annual Interest | No. of Payments | Date Post-Petition Payment Will Resume | Specified Monthly Payment |
   |---|---|---|---|---|---|
   | -NONE- | | | | | |

   c. Secured claims to be paid directly by debtor or other party to the creditor:

   | Creditor | Amount of Debt | Value of Collateral | Contractual Payment |
   |---|---|---|---|
   | BALDWIN COUNTY DHR | $8,042.00 | $0.00 | $0.00 |
   | GUARDIAN CREDIT UNION | $10,355.00 | $11,000.00 | $210.00 |

   d. Secured claims to be satisfied by the surrender and return of collateral:

   | Creditor | Description of Collateral | Amount of Debt | Value of Collateral |
   |---|---|---|---|
   | -NONE- | | | |

   **Third:** **PRIORITY CLAIMS** (11 USC §507(A)(2) TO (8)):

   | Creditor | Amount of Debt | Specified Monthly Payment |
   |---|---|---|
   | -NONE- | | |

   **Fourth:** **SPECIALLY CLASSIFIED UNSECURED CLAIMS**

   | Creditor | Basis for Classification | Amount of Debt Specially Classified | Specified Monthly Payment |
   |---|---|---|---|
   | -NONE- | | | |

   **Fifth:** **UNSECURED CLAIMS**

   UNSECURED CLAIMS, including the unsecured portion of secured claims, a pro rata amount equal to **0%** of the claim. If unsecured creditors are to receive less than 100% of their claims, the debtor(s) will pay all projected disposable income to the trustee for at least 36 months.

3. **DURATION OF PLAN**
   The expected duration of this plan is **56** months.

4. **PROVISIONS FOR UNSCHEDULED, POSTPETITION, OR LATE FILED CLAIMS ARE AS FOLLOWS:**

**5.   PROVISIONS FOR PROPERTY OF THE ESTATE (See 11 U.S.C. §1303, §1306 and §1327):**

**6.   PROVISIONS FOR EXECUTORY CONTRACTS AND UNEXPIRED LEASES (See 11 U.S.C. §1322(b)(7) and §365):**

| Contract\Lease Party | Description of Contract or Lease | Assume or Reject? |
|---|---|---|
| **-NONE-** | | |

**7.   OTHER PROVISIONS:**
   **THE DOMESTIC SUPPORT OBLIGATION WILL BE PAID DIRECT.**


**/s/ Cleveland D. Boler, III**                                                                **/s/ Evelyn D. Boler**
**Cleveland D. Boler, III**                                                                    **Evelyn D. Boler**
Debtor                                                                                          Joint Debtor


Date