UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                                Case No. 06-30049-DHW
                                                                     Chapter 13
CLEVELAND D. BOLER
EVELYN D. BOLER,

      Debtors

## SUBMISSION ORDER

      Memorandum briefs on the objection to confirmation filed by the Alabama Department of Human Resources shall be filed by the parties no later than April 13, 2006.

      The objection will be taken as submitted thereafter. The briefs should contain comprehensive statements of all facts and the law the parties want considered.

      The hearing on confirmation of the plan will be held at the United States Bankruptcy Court, Courtroom No. #4C, United States Courthouse Annex, One Church Street, Montgomery, Alabama, on April 24, 2006 at 9:30 a.m.

      Done this 5 day of April, 2006.

                                            /s/ Dwight H. Williams, Jr.
                                            United States Bankruptcy Judge

c: Debtors
   Vonda S. McLeod, Attorney for Debtors
   Richard G. Moxley, III, Attorney for Creditor
   Curtis C. Reding, Trustee