UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re

| | |
|---|---|
| CLEVELAND D. BOLER, III and<br>EVELYN D. BOLER, | Case No. 06-30049-DHW<br>Chapter 13 |
| RICKY BROWN, SR. and<br>VICKIE BROWN | Case No. 06-30072-DHW<br>Chapter 13 |

       Debtors.

**ORDER OVERRULING OBJECTIONS**
**ORDER RESETTING HEARING**

In accordance with the Opinion entered this day, it is hereby

ORDERED that the objections to confirmation filed by the State of Alabama Department of Human Resources are OVERRULED. It is

FURTHER ORDERED that confirmation of both plans are reset for hearing on other issues at the United States Bankruptcy Court, Courtroom #4-C, United States Courthouse Annex, One Church Street, Montgomery, Alabama, on May 22, 2006 at 9:30 a.m.

Done this 28th day of April, 2006.

                                  /s/ Dwight H. Williams, Jr.
                                  United States Bankruptcy Judge

c: Cleveland and Evelyn Boler, Debtors
   Ricky and Vickie Brown, Debtors
   Vonda S. McCleod, Attorney for Debtors
   Richard G. Moxley, III, Attorney for DHR
   Curtis C. Reding, Trustee