UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| CLEVELAND D. BOLER, III and ) | |
| EVELYN D. BOLER ) | CASE NO. 06-30049 |
| ) | |
|     Debtor. ) | |

**APPEARANCE OF CHILD SUPPORT CREDITOR\* OR REPRESENTATIVE**

I certify under penalty of perjury that I am a child support creditor\* of the above-named debtor, or the authorized representative of such child support creditor, with respect to the child support obligation which is set out below.

    Name:    Richard G. Moxley, III
                  Attorney for Alabama Department of Human Resources
    Organization:    Holloway & Moxley, LLP
    Address:    P. O. Box 4953
                  Montgomery, Alabama   36103
    Telephone Number:    (334) 834-9689

__05/05/06____      X___/s/ Richard G. Moxley, III_____
Date      Child Support Creditor\* or Authorized Representative

**Summary of Child Support Obligation**

| | |
|---|---|
| Amount in arrears: | $9,110.41 |
| Amount currently due per week or per month on a continuing basis: | $375.00 |
| If Child Support has been assigned: | NO |
| Amount of Support which is owed under assignments: | $0.00 |
| Amount owed primary child support creditor (balance not assigned): | $9,110.41 |

\* Creditor support creditor includes both creditor to whom the debtor has a primary obligation to pay child support as well as any entity to whom such support has been assigned , if pursuant to Section 402(a)(26) of the Social Security Act or if such debt has been assigned to the Federal Government or to any State or political subdivision of State.