02/24/06

**STATE OF ALABAMA**
**CHILD SUPPORT ENFORCEMENT DIVISION**
**COURT ORDER PAYMENT SUMMARY**

| CP NAME: | ANGELA J. BOLER | NCP NAME: | CLEVELAND D. BOLER, III | COURT ORDER NUMBER: | 02DR01000545 |
|---|---|---|---|---|---|
| CP ID: | P0001471390 | NCP ID: | P0001534778 | DHR FILE NUMBER: | 02-30625 |
| | | | | CASE ID: | 0493221 |

| SUPPORT TYPES AND TERMS | CURRENT | | ARREARS | BALANCES | INTEREST | |
|---|---|---|---|---|---|---|
| CHILD SUPPORT | $375.00 | PER MONTH | PER | $6,783.92 | STATE | |
| RETROACTIVE CHILD SUPPORT | | | PER | | | |
| MEDICAL SUPPORT | | PER | PER | | CP | $2,326.49 |
| MEDICAL REIMBURSEMENT | | | PER | | | |
| SPOUSAL SUPPORT | | PER | PER | | MEDICAID | |
| FEES | | | PER | | | |

EFFECTIVE DATE: May 1, 2003

BALANCES BY ACCOUNT TYPE:
  CP INT    2,326.49
  CS NA AR  6,783.92

TOTAL AMOUNT DUE FOR THIS COURT ORDER: $9,110.41

| PAYMENT DATE | RECEIVED TOTAL | ORDER | PAY CODE | ACCOUNT AMOUNT | POSTED TYPE | ACCOUNT AMOUNT | POSTED TYPE | ACCOUNT AMOUNT | POSTED TYPE | ACCOUNT AMOUNT | POSTED TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/17/2006 | 230.77 | 230.77 | IW | 144.23 | CS NA CU | 86.54 | CS NA AR | | | | |
| 02/03/2006 | 230.77 | 230.77 | IW | 230.77 | CS NA CU | | | | | | |
| 01/20/2006 | 230.77 | 230.77 | IW | 175.00 | CS NA CU | 55.77 | CS NA AR | | | | |
| 01/13/2006 | 200.00 | 200.00 | RP | 200.00 | CS NA CU | | | | | | |
| 12/16/2005 | 100.00 | 100.00 | RP | 100.00 | CS NA CU | | | | | | |
| 10/18/2005 | 100.00 | 100.00 | RP | 100.00 | CS NA CU | | | | | | |

| | | | |
|---|---|---|---|
| AF - Application Fee | BC - Bankruptcy Court | BN - Bond | CC - Court Cost Fee |
| FF - Federal Joint Fee | FJ - Federal Joint Tax Offset | FM - Financial Management | FS - Federal Single |
| GI - Gift | IF - IRS Full Collection | IW - Income/Wage Withholding | LI - Lien |
| OS - Other State Income Withholding | OT - Other State, State Offset Single | RP - Regular Pay | SA - State Adjustment |
| SJ - State Joint | SS - State Single | TF - Trust Fund | UC - Unemployment Compensation |
| FA - Federal Adjustment | FE - Federal Single Fee | | |
| GA - Garnishments | GF - Genetic Fee | | |
| MA - Military Allotment | OJ - Other State, State Offset Joint | | |
| SE - State Single Fee | SF - State Joint Fee | | |