UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| CLEVELAND D. BOLER, III and ) | |
| EVELYN D. BOLER ) | CASE NO. 06-30049 |
| ) | |
| Debtor. ) | |

### NOTICE OF APPEAL

Come now the State of Alabama, Department of Human Resources, a priority creditor, and filed this Notice of Appeal under 28 U.S.C. Section 158(a) from the final order entered in the above styled bankruptcy proceeding by the Honorable Dwight Williams on the 28th day of April, 2006.

The names of all parties to the final judgment appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Cleveland D. Boler, III and Evelyn D. Boler<br>2242 Hwy 31N<br>Deatsville, AL 36022<br>Phone number unknown | Debtors |
| Vonda S. McLeod<br>P.O. Box 201<br>Montgomery, AL 36101<br>(334) 269-4440 | Attorney for the Debtor |
| Curtis C. Redding<br>P.O. Box 173<br>Montgomery, AL 36101<br>(334) 262-8371 | Chapter 13 Standing Trustee |
| Page B. Walley<br>P.O. Box 304000<br>Montgomery, AL 36130-4000<br>(334) 242-1310 | Commissioner of Department Of Human Resources, State of Alabama |
| Jennifer Bush<br>P.O. Box 304000<br>Montgomery, AL 36130-4000 | State Legal Counsel Department of Human Resources |

| | |
|---|---|
| Richard G. Moxley, III | Bankruptcy Legal Counsel |
| Karen L. Materna | Department of Human |
| Holloway & Moxley, LLP | Resources |
| P.O. Box 4953 | |
| Montgomery, AL 36103 | |
| (334) 834-9689 | |

Respectfully submitted this the 5th day of May, 2006.

    /s/ Richard G. Moxley, III
Richard G. Moxley, III
Attorney for Appellant
Holloway & Moxley, LLP
P.O Box 4953
Montgomery, AL 36103
(334) 834-9689
(334) 834-8414 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have placed a copy of this Notice of Appeal in the US Mail postage pre-paid to Curtis C. Redding, P.O. Box 173, Montgomery, AL 36101, Cleveland D. Boler, III and Evelyn D. Boler, 2242 Hwy 31N, Deatsville, AL 36022, and Vonda S. McLeod, P.O. Box 201, Montgomery, AL 36101 on this 5th day of May, 2006.

    /s/ Richard G. Moxley, III
Richard G. Moxley, III