*BK Case # 06-30049*

**Confirmation hearing to be held on 5/22/2006 at 09:30 AM at Courtroom 4C, Judge Williams Presiding, U.S. Bankruptcy Court, Montgomery, AL.** (LO, ) (Entered: 04/28/2006)

| | | |
|---|---|---|
| 04/30/2006 | 43 | BNC Certificate of Service - See Image Attached - (RE: related document(s)41 Opinion, ). No. of Notices: 3. Service Date 04/30/2006. (Admin.) (Entered: 05/01/2006) |
| 04/30/2006 | 44 | BNC Certificate of Service - See Image Attached - (RE: related document(s)42 Order to Continue/Reschedule Hearing, , Order on Objection, ). No. of Notices: 4. Service Date 04/30/2006. (Admin.) (Entered: 05/01/2006) |
| 05/05/2006 | 45 | Amended Notice *of Appearance of Child Support Creditor or Representative* Filed by Richard G. Moxley III on behalf of Alabama Department of Human Resources (RE: related document(s)21 Notice of Appearance filed by Attorney Karen L Materna, Creditor Alabama Department of Human Resources). (Attachments: # 1 Payment Summary) (Moxley, Richard) (Entered: 05/05/2006) |
| 05/05/2006 | 46 | Notice of Appeal *(Child Support Creditor)*. Fee Amount $5. Filed by Richard G. Moxley III on behalf of Alabama Department of Human Resources (RE: related document(s)42 Order to Continue/Reschedule Hearing,, Order on Objection, ). Appellant Designation due by 5/15/2006. Transmission of Designation Due by 5/25/2006. (Moxley, Richard) (Entered: 05/05/2006) |
| **05/05/2006** | 47 | Receipt of Notice of Appeal(06-30049) |

[appeal,ntcapl] ( 5.00) filing fee. Receipt number 1824140, amount $ 5.00. (U.S. Treasury) (Entered: 05/05/2006)

| | | |
|---|---|---|
| 05/08/2006 | 48 | Notice Service of Notice of Appeal. Civil Action Number: Filed by (RE: related document(s)46 Notice of Appeal, filed by Creditor Alabama Department of Human Resources). (Attachments: # 1 Instruction for appellant)(YP, ) (Entered: 05/08/2006) |
| 05/09/2006 | 49 | Notice of Appearance and Request for Notice Filed by Sabrina L. McKinney on behalf of Curtis C. Reding. (McKinney, Sabrina) (Entered: 05/09/2006) |
| 05/15/2006 | 50 | Appellant Designation of Contents For Inclusion in Record and Issues On Appeal Filed by Richard G. Moxley III on behalf of Alabama Department of Human Resources (RE: related document(s)46 Notice of Appeal, filed by Creditor Alabama Department of Human Resources). Appellee designation due by 5/25/2006. (Moxley, Richard) (Entered: 05/15/2006) |
| 05/16/2006 | 51 | Appellee Designation of Contents for Inclusion in Record and Issues On Appeal Filed by Sabrina L. McKinney on behalf of Curtis C. Reding (RE: related document(s)46 Notice of Appeal, filed by Creditor Alabama Department of Human Resources, 50 Appellant Designation and Issues on Appeal, filed by Creditor Alabama Department of Human Resources). (Attachments: # 1 Exhibit)(McKinney, Sabrina) (Entered: 05/16/2006) |
| 05/17/2006 | 52 | Appellee Designation of Contents for Inclusion in |