IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

In Re:  Bankruptcy Case No. 06-30049 DHW
CLEVELAND D. AND EVELYN D. BOLER, III

Adversary Case No.

## NOTICE SERVICE OF NOTICE OF APPEAL

In accordance with Bankruptcy Rule 8004, you are hereby served with the enclosed Notice of Appeal.

You are further notified of the requirements of Bankruptcy Rules 8006 (relating to the record and statement of issues on appeal and cross-appeals) and 8005 (relating to stays on appeal).

Dated at Montgomery, Alabama, this day of May 8, 2006.

/s/ Richard S. Oda, Clerk
United States Bankruptcy Court

/s/ Yvonne Pelham
Deputy Clerk

cc: Richard G. Moxley