IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                            CHAPTER 13 CASE
                                                                NO. 06-30049-DHW

**CLEVELAND D. BOLER, III**
XXX-XX-3767

**EVELYN D. BOLER**
XXX-XX-9193

       **Debtors.**

### APPELLEE'S DESIGNATION OF THE RECORD ON APPEAL

*COMES NOW*, the Trustee in the above styled cause, Appellee in the above-referenced appeal, by and through the undersigned counsel, and pursuant to Rule 8006, *Federal Rules of Bankruptcy Procedure*, submits the following designation of the record on appeal for the Appellee to include the following items filed with the Bankruptcy Court:

1. Any and all documents designated by the Appellants in their designation.
2. Notice of Appearance and Request for Notice filed May 9, 2006 (Docket #49).

Respectfully submitted this 16th day of May 2006.

                                             CURTIS C. REDING, JR.
                                             STANDING CHAPTER 13 TRUSTEE

                  BY:    /s/  Sabrina L. McKinney
                               SABRINA L. MCKINNEY (MCK041)
                               Alabama State Bar #ASB-3162-I71S
                               STAFF ATTORNEY FOR THE TRUSTEE

Office of the Standing Chapter 13 Trustee
166 Commerce Street, Suite 202
P.O. Box 173
Montgomery, AL  36101-0173
Phone: 334-262-8371
Fax:    334-264-6127
Email: mckinneys@ch13mdal.com

## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that I have mailed a copy of the foregoing TRUSTEE'S DESIGNATION OF RECORD ON APPEAL upon the following listed parties by placing a copy of same in the United States Mail, postage pre-paid and properly addressed this 16th day of May 2006.

                              /s/   Sabrina L. McKinney
                              SABRINA L. MCKINNEY

Cleveland & Evelyn Boler
2242 Hwy 31 N.
Deatsville, AL  36022

Vonda S. McLeod, Esq. (email)

Page B. Walley
Commissioner of Department of Human
   Resources, State of Alabama
P.O. Box 304000
Montgomery, AL  36130-4000

Jennifer Bush
State Legal Counsel for Department of Human
   Resources, State of Alabama
P.O. Box 304000
Montgomery, AL  36130-4000

Richard G. Moxley
Karen L. Materna
Bankruptcy Legal Counsel for Department of Human
   Resources, State of Alabama
Holloway & Moxley, LLP
P.O. Box 4953
Montgomery, AL  36103

Teresa R. Jacobs
Bankruptcy Administrator
U.S. Bankruptcy Court
Frank M. Johnson Federal Courthouse Annex
One Church Street
Montgomery AL  36104