IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:  CHAPTER 13 CASE
NO. 06-30049-DHW

**CLEVELAND D. BOLER, III**
**XXX-XX-3767**

**EVELYN D. BOLER**
**XXX-XX-9193**

    **Debtors.**

## NOTICE OF APPEARANCE

COMES NOW, Sabrina L. McKinney, Staff Attorney for the Standing Chapter 13 Trustee for the Middle District of Alabama, and pursuant to Rule 8008(b) of the <u>Federal Bankruptcy Rules of Procedure</u> gives notice to all parties in interest of her appearance on behalf of the Chapter 13 Trustee and requests that service of all papers required pursuant to the <u>Federal Bankruptcy Rules of Procedure</u> be served upon Sabrina L. McKinney as counsel for the Chapter 13 Trustee in the above-styled cause.

Respectfully submitted this 9th day of May 2006.

                                        Curtis C. Reding, Jr.
                                        Standing Chapter 13 Trustee

                          By:   /s/   Sabrina L. McKinney
                                    Sabrina L. McKinney
                                    Staff Attorney
                                    ASB-3162-I71S

Office of the
Chapter 13 Trustee
166 Commerce St., Ste. 202
P. O. Box 173
Montgomery, AL 36101-0173
Phone:  334-262-8371
Fax:  334-834-7635
Email:  mckinneys@ch13mdal.com

CERTIFICATE OF SERVICE

  I, Sabrina L. McKinney, certify that a copy of the foregoing NOTICE OF APPEARANCE has been served on the parties listed below either by electronic mail or by placing same in the United States Mail, first-class postage prepaid and properly addressed, this 9th day of May 2006.

              /s/   Sabrina L. McKinney
              Sabrina L. McKinney

Cleveland & Evelyn Boler
2242 Hwy 31 N.
Deatsville, AL  36022

Vonda S. McLeod, Esq. (email)

Page B. Walley
Commissioner of Department of Human
 Resources, State of Alabama
P.O. Box 304000
Montgomery, AL  36130-4000

Jennifer Bush
State Legal Counsel for Department of Human
 Resources, State of Alabama
P.O. Box 304000
Montgomery, AL  36130-4000

Richard G. Moxley (email)
Karen L. Materna
Bankruptcy Legal Counsel for Department of Human
 Resources, State of Alabama
Holloway & Moxley, LLP
P.O. Box 4953
Montgomery, AL  36103

Teresa R. Jacobs (email)
Bankruptcy Administrator
U.S. Bankruptcy Court
Frank M. Johnson Federal Courthouse Annex
One Church Street
Montgomery AL  36104