**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **IN RE:** | **) CHAPTER 13** |
| **CLEVELAND D. BOLER, III** | **) CASE NO. 06-30049** |
| **EVELYN D. BOLER** | **)** |

**APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS**

Comes now the Appellees, Cleveland D. Boler, III And Evelyn D. Boler, debtors in the above referenced case and hereby designate the following additional documents as part of the record on appeal pursuant to Bankruptcy Rule 8006:

1. The Debtor's Claims Register.

2. Claim No. 10 of Baldwin County DHR Child Support Division and attached payment summary filed on February 24th, 2006 in the amount of $9,110.41.

3. Any and all records previously designated by the Appellant and the Chapter 13 Trustee Appellee.

Respectfully submitted this day: May 17, 2006.

/s/ Vonda S. McLeod
Attorney for Debtors-Appellee
vmcleod@samvpc.com
VONDA S. MCLEOD (MCL032)

Of Counsel:
Shinbaum, Abell, McLeod & Vann, P.C.
Post Office Box 201
Montgomery, AL 36101
(334) 269-4440

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above on all parties listed below by CMECF or by mailing a copy of same to them on this day: May 17, 2006.

Curtis C. Reding
Chapter 13 Trustee
Post Office Box 173
Montgomery, AL 36101

Cleveland D. & Evelyn D. Boler
2242 Hwy. 31 N.
Deatsville, AL 36022

Richard G. Moxley, III
Attorney for Creditor Appellant
P.O. Box 4953
556 South Perry
Montgomery, AL 36103

Teresa Jacobs
Bankruptcy Administrator
One Church Street
Montgomery, AL 36104

/s/ Vonda S. McLeod

# Middle District of Alabama
# Claims Register

### 06-30049 Cleveland D. Boler and Evelyn D. Boler
**Judge Dwight H. Williams, Jr.**
**Debtor Name: BOLER, CLEVELAND D.**

| Claim No: 1 | *Creditor Name:* Worldwide Financial Capital Bank<br>c/o Weinstein & Riley, P.S.<br>2101 Fourth Ave., Suite 900<br>Seattle, WA, 98121 | *Last Date to File Claims:* 05/31/2006<br>*Last Date to File (Govt):*<br>*Filing Status:*<br>*Docket Status:*<br>*Late:* N |
|---|---|---|
| *Claim Date:* 01/25/2006 | *Amends Claim No:*<br>*Amended By Claim No:* | *Duplicates Claim No:*<br>*Duplicated By Claim No:* |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Unsecured | $233.37 | |
| **Total** | **$233.37** | |

*Description:*
*Remarks:* (n/a)

| Claim No: 2 | *Creditor Name:* World Financial Network National Bank<br>Lane Bryant Mail Order<br>c/o Weinstein & Riley, P.S.<br>2101 Fourth Ave., Suite 900<br>Seattle, WA, 98121 | *Last Date to File Claims:* 05/31/2006<br>*Last Date to File (Govt):*<br>*Filing Status:*<br>*Docket Status:*<br>*Late:* N |
|---|---|---|
| *Claim Date:* 01/25/2006 | *Amends Claim No:*<br>*Amended By Claim No:* | *Duplicates Claim No:*<br>*Duplicated By Claim No:* |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Unsecured | $152.38 | |
| **Total** | **$152.38** | |

*Description:*
*Remarks:* (n/a)

| Claim No: 3 | *Creditor Name:* CAPITAL ONE BANK<br>C/O TSYS DEBT MGMT<br>PO BOX 5155<br>NORCROSS, GA 30091 | *Last Date to File Claims:* 05/31/2006<br>*Last Date to File (Govt):*<br>*Filing Status:*<br>*Docket Status:*<br>*Late:* N |
|---|---|---|
| *Claim Date:* 01/26/2006 | *Amends Claim No:*<br>*Amended By Claim No:* | *Duplicates Claim No:*<br>*Duplicated By Claim No:* |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Unsecured | $1025.15 | |
| **Total** | **$1025.15** | |

*Description:*
*Remarks:*

| Claim No: 4 | *Creditor Name:* CAPITAL ONE BANK<br>C/O TSYS DEBT MGMT<br>PO BOX 5155<br>NORCROSS, GA 30091 | *Last Date to File Claims:* 05/31/2006<br>*Last Date to File (Govt):*<br>*Filing Status:*<br>*Docket Status:*<br>*Late:* N |
|---|---|---|
| *Claim Date:* 01/26/2006 | *Amends Claim No:*<br>*Amended By Claim No:* | *Duplicates Claim No:*<br>*Duplicated By Claim No:* |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Unsecured | $3028.40 | |
| **Total** | **$3028.40** | |

*Description:*
*Remarks:*

| Claim No: 5 | *Creditor Name:* CAPITAL ONE BANK<br>C/O TSYS DEBT MGMT<br>PO BOX 5155<br>NORCROSS, GA 30091 | *Last Date to File Claims:* 05/31/2006<br>*Last Date to File (Govt):*<br>*Filing Status:*<br>*Docket Status:*<br>*Late:* N |
|---|---|---|
| *Claim Date:* 01/26/2006 | *Amends Claim No:*<br>*Amended By Claim No:* | *Duplicates Claim No:*<br>*Duplicated By Claim No:* |

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Unsecured | $1212.74 | |
| Total | **$1212.74** | |

*Description:*

*Remarks:*

| | | |
|---|---|---|
| **Claim No: 6**<br>**supporting doc** | *Creditor Name:* Chevron Credit Bank NA<br>PO Box 5010/Section 230<br>Concord<br>CA<br>94524-0010 | *Last Date to File Claims:* 05/31/2006<br>*Last Date to File (Govt):*<br>*Filing Status:*<br>*Docket Status:*<br>*Late:* N |
| *Claim Date:* 01/27/2006 | *Amends Claim No:*<br>*Amended By Claim No:* | *Duplicates Claim No:*<br>*Duplicated By Claim No:* |

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Unsecured | $1082.69 | |
| Total | **$1082.69** | |

*Description:*

*Remarks:*

| | | |
|---|---|---|
| **Claim No: 7** | *Creditor Name:* GUARDIAN CREDIT UNION<br>1732 CONG WL DICKINSON DR<br>Montgomery, AL 36109 | *Last Date to File Claims:* 05/31/2006<br>*Last Date to File (Govt):*<br>*Filing Status:*<br>*Docket Status:*<br>*Late:* N |
| *Claim Date:* 02/15/2006 | *Amends Claim No:*<br>*Amended By Claim No:* | *Duplicates Claim No:*<br>*Duplicated By Claim No:* |

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Secured | $16560.12 | |
| Total | **$16560.12** | |

*Description:* 2005 Ford Escape

*Remarks:* Payments to:P.O. Bxo 3199 Montgomery,AL 36109

| | | |
|---|---|---|
| **Claim No: 8** | *Creditor Name:* GUARDIAN CREDIT UNION<br>1732 CONG WL DICKINSON DR<br>Montgomery, AL 36109 | *Last Date to File Claims:* 05/31/2006<br>*Last Date to File (Govt):*<br>*Filing Status:*<br>*Docket Status:*<br>*Late:* N |
| *Claim Date:* 02/15/2006 | *Amends Claim No:*<br>*Amended By Claim No:* | *Duplicates Claim No:*<br>*Duplicated By Claim No:* |

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Secured | $29963.61 | |
| Total | **$29963.61** | |

*Description:* 2004 Ford F150

*Remarks:* Payments to:P.O. Box 3199 Montgomery,AL 36109

| | | |
|---|---|---|
| **Claim No: 9** | *Creditor Name:* GUARDIAN CREDIT UNION<br>1732 CONG WL DICKINSON DR<br>Montgomery, AL 36109 | *Last Date to File Claims:* 05/31/2006<br>*Last Date to File (Govt):*<br>*Filing Status:*<br>*Docket Status:*<br>*Late:* N |
| *Claim Date:* 02/15/2006 | *Amends Claim No:*<br>*Amended By Claim No:* | *Duplicates Claim No:*<br>*Duplicated By Claim No:* |

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Secured | $2326.61 | |
| Total | **$2326.61** | |

*Description:* Cross-Collateralized 2005 Ford Escape

*Remarks:* Payments to:P.O. Box 3199 Montgomery,AL 36109

| | | |
|---|---|---|
| **Claim No: 10**<br>**payment summary** | *Creditor Name:* BALDWIN COUNTY DHR<br>CHILD SUPPORT DIVISION<br>101 COURTHOUSE SQUARE<br>Bay Minette, AL 36507 | *Last Date to File Claims:* 05/31/2006<br>*Last Date to File (Govt):*<br>*Filing Status:*<br>*Docket Status:*<br>*Late:* N |
| *Claim Date:* 02/24/2006 | *Amends Claim No:*<br>*Amended By Claim No:* | *Duplicates Claim No:*<br>*Duplicated By Claim No:* |

| Class | Amount Claimed | Amount Allowed |
|---|---|---|

| | | |
|---|---|---|
| Priority | $9110.41 | |
| **Total** | **$9110.41** | |
| *Description:* Child Support Arrearage ||| 
| *Remarks:* |||

| | | |
|---|---|---|
| **Claim No: 11** | *Creditor Name:* Spiller Associated Furniture Stores<br>PO Box 020824<br>Tuscaloosa, Al. 35402-0824 | *Last Date to File Claims:* 05/31/2006<br>*Last Date to File (Govt):*<br>*Filing Status:*<br>*Docket Status:*<br>*Late:* N |
| *Claim Date:* 03/10/2006 | *Amends Claim No:*<br>*Amended By Claim No:* | *Duplicates Claim No:*<br>*Duplicated By Claim No:* |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Secured | $1387.02 | |
| **Total** | **$1387.02** | |
| *Description:* |||
| *Remarks:* |||

| | | |
|---|---|---|
| **Claim No: 12** | *Creditor Name:* Emerge MasterCard<br>POB 23051<br>Columbus Ga 31902-3051 | *Last Date to File Claims:* 05/31/2006<br>*Last Date to File (Govt):*<br>*Filing Status:*<br>*Docket Status:*<br>*Late:* N |
| *Claim Date:* 03/15/2006 | *Amends Claim No:*<br>*Amended By Claim No:* | *Duplicates Claim No:*<br>*Duplicated By Claim No:* |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Unsecured | $4542.18 | |
| **Total** | **$4542.18** | |
| *Description:* unpaid credit card balance |||
| *Remarks:* |||

| | | |
|---|---|---|
| **Claim No: 13** | *Creditor Name:* Fingerhut Credit Advantage<br>POB 23051<br>Columbus Ga 31902-3051 | *Last Date to File Claims:* 05/31/2006<br>*Last Date to File (Govt):*<br>*Filing Status:*<br>*Docket Status:*<br>*Late:* N |
| *Claim Date:* 03/15/2006 | *Amends Claim No:*<br>*Amended By Claim No:* | *Duplicates Claim No:*<br>*Duplicated By Claim No:* |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Unsecured | $228.57 | |
| **Total** | **$228.57** | |
| *Description:* unpaid credit card balance |||
| *Remarks:* |||

| | | |
|---|---|---|
| **Claim No: 14** | *Creditor Name:* Aspire Visa<br>POB 23051<br>Columbus Ga 31902-3051 | *Last Date to File Claims:* 05/31/2006<br>*Last Date to File (Govt):*<br>*Filing Status:*<br>*Docket Status:*<br>*Late:* N |
| *Claim Date:* 03/15/2006 | *Amends Claim No:*<br>*Amended By Claim No:* | *Duplicates Claim No:*<br>*Duplicated By Claim No:* |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Unsecured | $6926.67 | |
| **Total** | **$6926.67** | |
| *Description:* unpaid credit card balance |||
| *Remarks:* |||

| | | |
|---|---|---|
| **Claim No: 15** | *Creditor Name:* Fingerhut Direct Marketing, Inc./CIT Bank<br>6250 Ridgewood Road<br>St. Cloud, MN 56303 | *Last Date to File Claims:* 05/31/2006<br>*Last Date to File (Govt):*<br>*Filing Status:*<br>*Docket Status:*<br>*Late:* N |
| *Claim Date:* 03/27/2006 | *Amends Claim No:*<br>*Amended By Claim No:* | *Duplicates Claim No:*<br>*Duplicated By Claim No:* |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Unsecured | $806.91 | |

| | | | |
|---|---|---|---|
| | **Total** | **$806.91** | |
| *Description:* 6276-4510-0193-7084 | | | |
| *Remarks:* | | | |

| | | | |
|---|---|---|---|
| **Claim No: 16** | *Creditor Name:*  eCAST Settlement Corporation assignee of HSBC Bank Nevada NA / HSBC Card Services III<br>POB 35480<br>Newark NJ 07193-5480 | *Last Date to File Claims:*  05/31/2006<br>*Last Date to File (Govt):*<br>*Filing Status:*<br>*Docket Status:*<br>*Late:* N | |
| *Claim Date:*  03/28/2006 | *Amends Claim No:*<br>*Amended By Claim No:* | *Duplicates Claim No:*<br>*Duplicated By Claim No:* | |
| **Class** | **Amount Claimed** | **Amount Allowed** | |
| Unsecured | $717.54 | | |
| **Total** | **$717.54** | | |
| *Description:* | | | |
| *Remarks:* | | | |

| | | | |
|---|---|---|---|
| **Claim No: 17** | *Creditor Name:*  eCAST Settlement Corporation assignee of HSBC Bank Nevada NA / HSBC Card Services III<br>POB 35480<br>Newark NJ 07193-5480 | *Last Date to File Claims:*  05/31/2006<br>*Last Date to File (Govt):*<br>*Filing Status:*<br>*Docket Status:*<br>*Late:* N | |
| *Claim Date:*  03/28/2006 | *Amends Claim No:*<br>*Amended By Claim No:* | *Duplicates Claim No:*<br>*Duplicated By Claim No:* | |
| **Class** | **Amount Claimed** | **Amount Allowed** | |
| Unsecured | $479.54 | | |
| **Total** | **$479.54** | | |
| *Description:* | | | |
| *Remarks:* | | | |

| | | | |
|---|---|---|---|
| **Claim No: 18** | *Creditor Name:*  eCAST Settlement Corporation assignee of HSBC Bank Nevada NA / HSBC Card Services III<br>POB 35480<br>Newark NJ 07193-5480 | *Last Date to File Claims:*  05/31/2006<br>*Last Date to File (Govt):*<br>*Filing Status:*<br>*Docket Status:*<br>*Late:* N | |
| *Claim Date:*  03/28/2006 | *Amends Claim No:*<br>*Amended By Claim No:* | *Duplicates Claim No:*<br>*Duplicated By Claim No:* | |
| **Class** | **Amount Claimed** | **Amount Allowed** | |
| Unsecured | $487.72 | | |
| **Total** | **$487.72** | | |
| *Description:* | | | |
| *Remarks:* | | | |

| | | | |
|---|---|---|---|
| **Claim No: 19** | *Creditor Name:*   PREMIER BANKCARD/CHARTER<br>P.O. BOX 2208<br>VACAVILLE, CA. 95696 | *Last Date to File Claims:*  05/31/2006<br>*Last Date to File (Govt):*<br>*Filing Status:*<br>*Docket Status:*<br>*Late:* N | |
| *Claim Date:*  03/28/2006 | *Amends Claim No:*<br>*Amended By Claim No:* | *Duplicates Claim No:*<br>*Duplicated By Claim No:* | |
| **Class** | **Amount Claimed** | **Amount Allowed** | |
| Unsecured | $421.54 | | |
| **Total** | **$421.54** | | |
| *Description:*  MONEY LOANED-CREDIT CARD | | | |
| *Remarks:*  PREMIER BANKCARD/MASTERCARD-1 | | | |

| | | | |
|---|---|---|---|
| **Claim No: 20** | *Creditor Name:*   PREMIER BANKCARD/CHARTER<br>P.O. BOX 2208<br>VACAVILLE, CA. 95696 | *Last Date to File Claims:*  05/31/2006<br>*Last Date to File (Govt):*<br>*Filing Status:*<br>*Docket Status:*<br>*Late:* N | |
| *Claim Date:*  03/28/2006 | *Amends Claim No:*<br>*Amended By Claim No:* | *Duplicates Claim No:*<br>*Duplicated By Claim No:* | |
| **Class** | **Amount Claimed** | **Amount Allowed** | |
| Unsecured | $349.46 | | |
| **Total** | **$349.46** | | |

*Description:* MONEY LOANEED-CREDIT CARD

*Remarks:* PREMIER BANKCARD/MASTERCARD-2

| Claim No: 21 | Creditor Name: PREMIER BANKCARD/CHARTER<br>P.O. BOX 2208<br>VACAVILLE, CA. 95696 | *Last Date to File Claims:* 05/31/2006<br>*Last Date to File (Govt):*<br>*Filing Status:*<br>*Docket Status:*<br>*Late:* N |
|---|---|---|
| *Claim Date:* 03/28/2006 | *Amends Claim No:*<br>*Amended By Claim No:* | *Duplicates Claim No:*<br>*Duplicated By Claim No:* |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Unsecured | $380.42 | |
| **Total** | **$380.42** | |

*Description:* MONEY LOANED-CREDIT CARD

*Remarks:* PREMIER BANKCARD/MASTERCARD

| Claim No: 22 | Creditor Name: B-Line, LLC/Applied Card Bank (fka Cross Country B<br>Mail Stop 550<br>2101 Fourth Ave., Suite 1030<br>Seattle, WA, 98121 | *Last Date to File Claims:* 05/31/2006<br>*Last Date to File (Govt):*<br>*Filing Status:*<br>*Docket Status:*<br>*Late:* N |
|---|---|---|
| *Claim Date:* 04/06/2006 | *Amends Claim No:*<br>*Amended By Claim No:* | *Duplicates Claim No:*<br>*Duplicated By Claim No:* |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Unsecured | $1189.95 | |
| **Total** | **$1189.95** | |

*Description:*

*Remarks:* (n/a)

| Claim No: 23 | Creditor Name: GUARDIAN CREDIT UNION<br>1732 CONG WL DICKINSON DR<br>Montgomery, AL 36109 | *Last Date to File Claims:* 05/31/2006<br>*Last Date to File (Govt):*<br>*Filing Status:*<br>*Docket Status:*<br>*Late:* N |
|---|---|---|
| *Claim Date:* 05/08/2006 | *Amends Claim No:*<br>*Amended By Claim No:* | *Duplicates Claim No:*<br>*Duplicated By Claim No:* |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Secured | $9407.63 | |
| **Total** | **$9407.63** | |

*Description:* Informational / 1994 Chandeleur Mobile Home and Appurts

*Remarks:*

**Claims Register Summary**

**Case Name:** Cleveland D. Boler and Evelyn D. Boler
**Case Number:** 2006-30049
**Chapter:** 13
**Date Filed:** 01/18/2006
**Total Number Of Claims:** 23

| | **Total Amount Claimed** | **Total Amount Allowed** |
|---|---|---|
| **Unsecured** | $23265.23 | |
| **Secured** | $59644.99 | |
| **Priority** | $9110.41 | |
| **Unknown** | | |
| **Administrative** | | |
| **Total** | **$92020.63** | |

| **PACER Service Center** |
|---|
| **Transaction Receipt** |
| 05/17/2006 09:46:04 |

| PACER Login: | sa0360 | Client Code: | |
|---|---|---|---|
| Description: | Claims Register | Search Criteria: | 06-30049 Filed or Entered From: 1/1/1985 Filed or Entered To: 5/17/2006 |
| Billable Pages: | 2 | Cost: | 0.16 |

**FORM B10** (Official Form 10) (10/05)

| United States Bankruptcy Court<br><#1 DI C40> | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br><#85 DL c70><br><#101 JL c70> | Case Number<br><#3 cn c11> | |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

| | | |
|---|---|---|
| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>RecipAddr1 replacement | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
| Name and Address where notices should be sent:<br><br>RecipAddr1 replacement<br>RecipAddr2 replacement<br>RecipAddr3 replacement<br>RecipAddr4 replacement<br>RecipAddr5 replacement<br>RecipAddr6 replacement<br><br>Telephone Number: | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | <#3 cn c11><br><br>123456<br><br><br>THIS SPACE IS FOR COURT USE ONLY |
| Last four digits of account or other number by which creditor identifies debtor: | Check here if    ☐ replaces<br>this claim       ☐ amends       a previously filed claim, dated:_____ | |

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS your #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)                    (date)

**2. Date debt was incurred:**

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim  $_____**
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**

☐ Check this box if you have an unsecured priority claim, all or part of which is entitled to priority

Amount entitled to priority $_____

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5).

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other_____

Value of Collateral:    $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

☐ Up to $ 2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:**    $_____    _____    _____    _____
  (unsecured)    (secured)    (priority)    (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

STATE OF ALABAMA  02/24/06
CHILD SUPPORT ENFORCEMENT DIVISION
COURT ORDER PAYMENT SUMMARY

CP NAME: ANGELA J. BOLER  NCP NAME: CLEVELAND D. BOLER, III  COURT ORDER NUMBER: 02DR01000545
CP ID: P0001471390  NCP ID: P0001534778  DHR FILE NUMBER: 02-30625
  CASE ID: 0493221

| SUPPORT TYPES AND TERMS | CURRENT | | ARREARS | BALANCES | INTEREST | |
|---|---|---|---|---|---|---|
| CHILD SUPPORT | $375.00 | PER MONTH | PER | $6,783.92 | STATE | |
| RETROACTIVE CHILD SUPPORT | | | PER | | | |
| MEDICAL SUPPORT | | PER | PER | | CP | $2,326.49 |
| MEDICAL REIMBURSEMENT | | | PER | | | |
| SPOUSAL SUPPORT | | PER | PER | | MEDICAID | |
| FEES | | | PER | | | |

EFFECTIVE DATE: May 1, 2003
BALANCES BY ACCOUNT TYPE:
  CP INT    2,326.49
  CS NA AR  6,783.92

TOTAL AMOUNT DUE FOR THIS COURT ORDER: $9,110.41

| PAYMENT DATE | RECEIVED TOTAL | ORDER | PAY CODE | ACCOUNT AMOUNT | POSTED TYPE | ACCOUNT AMOUNT | POSTED TYPE | ACCOUNT AMOUNT | POSTED TYPE | ACCOUNT AMOUNT | POSTED TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/17/2006 | 230.77 | 230.77 | IW | 144.23 | CS NA CU | 86.54 | CS NA AR | | | | |
| 02/03/2006 | 230.77 | 230.77 | IW | 230.77 | CS NA CU | | | | | | |
| 01/20/2006 | 230.77 | 230.77 | IW | 175.00 | CS NA CU | 55.77 | CS NA AR | | | | |
| 01/13/2006 | 200.00 | 200.00 | RP | 200.00 | CS NA CU | | | | | | |
| 12/16/2005 | 100.00 | 100.00 | RP | 100.00 | CS NA CU | | | | | | |
| 10/18/2005 | 100.00 | 100.00 | RP | 100.00 | CS NA CU | | | | | | |

AF - Application Fee  BC - Bankruptcy Court  BN - Bond  CC - Court Cost Fee  FA - Federal Adjustment  FE - Federal Single Fee
FF - Federal Joint Fee  FJ - Federal Joint Tax Offset  FM - Financial Management  FS - Federal Single  GA - Garnishments  GF - Genetic Fee
GI - Gift  IF - IRS Full Collection  IW - Income/Wage Withholding  LI - Lien  MA - Military Allotment  OJ - Other State, State Offset Joint
OS - Other State Income Withholding  OT - Other State, State Offset Single  RP - Regular Pay  SA - State Adjustment  SE - State Single Fee  SF - State Joint Fee
SJ - State Joint  SS - State Single  TF - Trust Fund  UC - Unemployment Compensation