UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

APPEAL NO.  2:06-CV472-WKW AND
2:06-CV473-WKW

STATE OF ALABAMA
DEPARTMENT OF HUMAN
RESOURCES,

CHAPTER 13 CASE NOS:
06-30049-DHW AND 06-30072-DHW

    Appellant,

v.

RICKY BROWN, SR. and VICKI BROWN, CLEVELAND D. BOLER, III and EVELYN D. BOLER, and CURTIS C. REDING, STANDING CHAPTER 13 TRUSTEE,

    Appellees.
_____/

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

**SUPPLEMENT TO BRIEF OF APPELLEE, CURTIS C. REDING, JR.,
STANDING CHAPTER 13 TRUSTEE**

Sabrina L. McKinney
ASB-3162-I71S
Staff Attorney for the
Chapter 13 Trustee
166 Commerce St., Ste. 202
P. O. Box 173
Montgomery, AL  36101-0173
Ph:  (334) 262-8371
Fax:  (334) 834-7635
Email:  mckinneys@ch13mdal.com

## SUPPLEMENT TO BRIEF OF APPELLEE
## *CURTIS C. REDING, JR., CHAPTER 13 TRUSTEE*

Comes now, Curtis C. Reding, Jr., Standing Chapter 13 Trustee for the Middle District of Alabama, Appellee in the above styled actions, by and through the undersigned counsel, and in supplement to the Appellee's brief filed in these actions states as follows:

As mentioned in the Appellee's brief in these cases, the issues presented to this Honorable Court are also on appeal in both the Northern and Southern Districts of Alabama. Since the filing of the briefs in the above styled appeals, the United States District Court for the Northern District of Alabama, the Honorable Inge Prytz Johnson, has issued her Memorandum Opinion in the appeal pending in the Northern District. (<u>State of Alabama, Department of Human Resources vs. George William Sanders and Tiffany Sanders, Debtors and Philip Geddes, Chapter 13 Trustee</u>, N.D. Case number CV-06-J-953-NE. July 17, 2006). A copy of the Court's opinion in <u>Sanders</u> is offered here for the Court's consideration as an attachment and exhibit and is incorporated herein to the Appellee's initial brief previously filed with this Honorable Court.

- 1 -

- 2 -

Respectfully submitted this 21st day of July, 2006.

                                          CURTIS C. REDING, JR.
                                        CHAPTER 13 TRUSTEE

By:       /s/ Sabrina L. McKinney
           Sabrina L. McKinney (MCK041)
           Staff Attorney for the Trustee
           ASB-3162-I71S

Office of the Chapter 13 Trustee
166 Commerce Street, Suite 202
P.O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-834-7635
Email: mckinneys@ch13mdal.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing was furnished by either electronic mail or United States Mail, properly addressed and postage prepaid to the following this 21st day of July, 2006:

Ricky & Vicki Brown
11260 Hwy 80
Tyler, AL 36785

Cleveland D. & Evelyn D. Boler
2242 Hwy 31 N.
Deatsville, AL 36022

Richard D. Shinbaum
Vonda McLeod
PO Box 201
Montgomery, AL 36101

Page B. Walley
Commissioner of DHR
State of Alabama
PO Box 304000
Montgomery, AL 36130-4000

Jennifer Bush
State Legal Counsel, DHR
PO Box 304000
Montgomery, AL 36130-4000

Richard G. Moxley, III
Karen L. Materna
Holloway & Moxley
PO Box 4953
Montgomery, AL 36103

                              /s/ Sabrina L. McKinney
                              Sabrina L. McKinney
                              Staff Attorney for the Trustee