FILED
2006 Jul-17 PM 03:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

IN RE:

GEORGE WILLIAM SANDERS
TIFFANY SANDERS,

    DEBTORS,                              CASE NO.: CV-06-J-953-NE

                                            BANKRUPTCY COURT CASE
                                            NO.:06-80071

_____

THE STATE OF ALABAMA
DEPARTMENT OF HUMAN RESOURCES,

    APPELLANT,

v.

GEORGE WILLIAM SANDERS
TIFFANY SANDERS
PHILIP GEDDES, CHAPTER 13 TRUSTEE,

    APPELLEES.

## ORDER

In accordance with the memorandum opinion issued this day;

It is **ORDERED** by the court that the Order of the Bankruptcy Court be and hereby is **AFFIRMED**.

**DONE** and **ORDERED** this the 17th day of July, 2006.

                                                         INGE PRYTZ JOHNSON
                                                         U.S. DISTRICT JUDGE