**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                TELEPHONE (334) 954-3600

December 7, 2007

# NOTICE OF DEFICIENCY
# REGARDING CORPORATE/
# CONFLICT STATEMENT

**To:** Appellee Evelyn D. Boler

**From:** Clerk's Office

**Case Style:** State of Alabama Department of Human Resources v. Cleveland D. Boler, III, et al.

**Case Number:** 2:06-cv-473-WKW

**Notice is hereby given that pursuant to the Federal Rules of Civil Procedure 7.1, and this Court's General Order Miscellaneous Case No. 00-3047 parties are required to file their Corporate/Conflict Disclosure Statement at their initial appearance.**

**No corporate/conflict disclosure statements has been filed by you in this action.**

**This deficiency must be corrected within ten (10) days from this date. Please refer to attachment.**