IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| THE STATE OF ALABAMA<br>DEPT. OF HUMAN RESOURCES,<br><br>    Appellant,<br><br>v.<br><br>CLEVELAND D. BOLER, III,<br>EVELYN D. BOLER,<br>& CURTIS C. REDDING,<br>CHAPTER 13 TRUSTEE<br><br>    Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 2:2006-CV-00473-WKW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONFLICT DISCLOSURE STATEMENT**

    COMES NOW the State Of Alabama Department of Human Resources, Appellant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐     This party is an individual, or

**XX**     This party is a governmental entity, or

**XX**     There are no entities to be reported, or

☐     The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |

    December 7, 2007            s/ Jennifer M. Bush
           Date                          JENNIFER M. BUSH (BUS016)
                                                   Assistant Attorney General
                                                    State of Alabama
                                                    Department of Human Resources
                                                    P.O. Box 304000
                                                    Montgomery, AL 36130-4000
                                                    Phone: (334) 242-9330
                                                    Fax: (334) 242-0689
                                                    Jennifer.Bush@dhr.alabama.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTICATE OF SERVICE**

    I hereby certify that I have served a copy of the above on all parties by CMEFC or by mailing a copy of same to them on December 7, 2007.

    s/ Jennifer M. Bush
    JENNIFER M. BUSH (BUS016)
    Assistant Attorney General
    State of Alabama
    Department of Human Resources
    P.O. Box 304000
    Montgomery, AL  36130-4000
    Phone:  (334) 242-9330
    Fax:  (334) 242-0689
    Jennifer.Bush@dhr.alabama.gov