UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE:<br>RICKY BROWN, SR. and VICKI<br>BROWN<br>        Debtors.<br><br>CLEVELAND D. BOLER, III and<br>EVELYN D. BOLER,<br>        Debtors. | District Court Appellate Case No.<br>2:06-cv-00472-WKW<br>2:06-cv-00473-WKW |
| STATE OF ALABAMA,<br>DEPARTMENT OF HUMAN<br>RESOURCES,<br>        Appellant,<br><br>v.<br><br>RICKY BROWN, SR., VICKI BROWN,<br>CLEVELAND D. BOLER, III,<br>EVELYN D. BOLER and CURTIS C.<br>REDING,<br>        Appellees. | Bankruptcy Court Chapter 13 Case No.<br>06-30049-DHW-13<br>06-30072-DHW-13 |

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CONFLICT DISCLOSURE STATEMENT
CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Appellee, Curtis C. Reding, Jr., Chapter 13 Trustee, by and through the

undersigned counsel in accordance with the Order of this Court, makes the following

disclosure concerning parent companies, subsidiaries, partners, limited liability entity

members and managers, trustees, affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order no. 3047:

1.    The appellee is an individual and his relationships to the parties of this appeal are hereby reported:

2.    The appellee is the Standing Chapter 13 Trustee for the Middle District of Alabama and as such is currently administering the chapter 13 estate of the appellees, Ricky and Vicki Brown and Cleveland and Evelyn Boler.

3.    The appellee is the Standing Chapter 13 Trustee for the Middle District of Alabama and as such is currently administering all chapter 13 estates for the Middle District of Alabama in which the appellant, State of Alabama Department of Human Resources is listed as a creditor or in which the State has filed a proof of claim.

The appellee, Curtis C. Reding, Standing Chapter 13 Trustee, pursuant to 11th Cir. R. 26.1-1 and Middle District General Order no. 3047 further hereby certifies that the following persons and entities have or may have an interest in the outcome of this case:

1.    Ricky Brown, Sr. – Debtor/Appellee

2.    Vicki Brown – Debtor/Appellee

3.    Cleveland D. Boler, III – Debtor/Appellee

4.    Evelyn D. Boler – Debtor/Appellee

5.    Curtis C. Reding, Standing Chapter 13 Trustee for the Middle District of Alabama/Appellee

6.    State of Alabama, Department of Human Resources – Appellant

7.    Commissioner Page Walley, Department of Human Resources – Appellant

8.    Jennifer M. Bush – Assistant Attorney General, Department of Human Resources – Counsel for Appellant

9.    Karen Materna – Counsel for Appellant

10.   Richard G. Moxley, III – Counsel for Appellant

11.   Richard D. Shinbaum – Counsel for Debtors, Ricky & Vicki Brown/Appellees and Cleveland & Evelyn Boler/Appellees

12.   Vonda S. McLeod – Counsel for Debtors, Ricky & Vicki Brown/Appellees and Cleveland & Evelyn Boler/Appellees

13.   Sabrina L. McKinney – Staff Attorney for Trustee/Appellee

14.   The Honorable Dwight H. Williams, Jr. – United States Bankruptcy Judge, Middle District of Alabama

15.   Teresa R. Jacobs, United States Bankruptcy Administrator, Middle District of Alabama

Done and dated this 10th day of December, 2007.

Curtis C. Reding
Standing Chapter 13 Trustee

By:   /s/ Sabrina L. McKinney
Sabrina L. McKinney (ASB-3162-I71S)
Staff Attorney for Chapter 13 Trustee

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL  36101-0173
(334) 262-8371 phone
(334) 834-7635 fax
Email: mckinneys@ch13mdal.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing CONFLICT DISCLOSURE STATEMENT, CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT has been served upon the parties listed below via either electronic filing, electronic mail or U.S. Mail, postage prepaid and properly addressed, this the 10th day of December, 2007:

Jennifer Bush, Karen Materna and Richard Moxley (via Electronic Filing)
Counsel for the Creditor/Appellant

Richard D. Shinbaum and Vonda S. McLeod (via Electronic Filing)
Counsel for Appellees/Debtors

Teresa R. Jacobs (via Electronic Mail)
Unites States Bankruptcy Administrator
Middle District of Alabama, Northern Division

/s/ Sabrina L. McKinney
Sabrina L. McKinney