IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICKY BROWN, SR. And<br>VICKI BROWN,<br>　　Debtors<br><br>CLEVELAND D. BOLER, III and<br>EVELYN D. BOLER,<br>　　Debtors,<br><br><br><br>STATE OF ALABAMA<br>DEPARTMENT OF HUMAN RESOURCES,<br>　　Appellant,<br><br>RICKY BROWN, SR., VICKI BROWN,<br>CLEVELAND D. BOLER, III, EVELYN D. BOLER<br>and CURTIS C. REDING,<br>　　Appellees, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | District Court Appellate Case No.<br>2:06-cv-00472-WKW<br>2:06-cv-00473-WKW<br><br><br><br><br><br>Bankruptcy Court Ch. 13 Case No.<br>06-30049-DHW-13<br>06-30072-DHW-13 |

**CONFLICT DISCLOSURE STATEMENT**

　　COMES NOW Ricky Brown, Sr., Vicki Brown, Cleveland D. Boler, III and Evelyn D. Boler, appellees in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and  managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[x] This party is an individual, or

[ ] This party is a governmental entity, or

[x] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                        Relationship to Party

_____    _____

_____    _____

_____    _____

_____    _____

December 19, 2007                        /S/ Vonda S. McLeod

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICKY BROWN, SR. And<br>VICKI BROWN,<br>    Debtors | )<br>)<br>)<br>) | District Court Appellate Case No.<br>2:06-cv-00472-WKW<br>2:06-cv-00473-WKW |
| CLEVELAND D. BOLER, III and<br>EVELYN D. BOLER,<br>    Debtors, | )<br>)<br>)<br>)<br>)<br>) | |
| STATE OF ALABAMA<br>DEPARTMENT OF HUMAN RESOURCES,<br>    Appellant, | )<br>)<br>)<br>) | Bankruptcy Court Ch. 13 Case No.<br>06-30049-DHW-13<br>06-30072-DHW-13 |
| RICKY BROWN, SR., VICKI BROWN,<br>CLEVELAND D. BOLER, III, EVELYN D. BOLER<br>and CURTIS C. REDING,<br>    Appellees, | )<br>)<br>)<br>) | |

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

    The appellees hereby certifies that the following persons and entities have or may have an interest in the outcome of this case:

1. Cleveland D. Boler, III – Debtor/Appellee
2. Evelyn D. Boler – Debtor/Appellee
3. Ricky Brown, Sr. – Debtor/Appellee
4. Vicki Brown – Debtor/Appellee
5. Jennifer M. Bush – Assistant Attorney General, Department of Human Resources Counsel for Appellant
6. Teresa R. Jacobs, United States Bankruptcy Administrator, Middle District of Alabama.
7. Karen Materna – Counsel for Appellant
8. Sabrina L. McKinney – Staff Attorney for Trustee/Appellee
9. Vonda S. McLeod – Counsel for Debtors, Ricky & Vicki Brown/Appellees and Cleveland & Evelyn Boler/Appellees
10. Richard G. Moxley, III – Counsel for Appellant
11. Curtis C. Reding, Standing Chapter 13 Trustee for the Middle District of Alabama/Appellee
12. Richard D. Shinbaum – Counsel for Debtors, Ricky & Vicki Brown/Appellees and Cleveland & Evelyn Boler/Appellees
13. State of Alabama, Department of Human Resources – Appellant
14. Commissioner Page Walley, Department of Human Resources – Appellant
15. The Honorable Dwight H. Williams, Jr. – United States Bankruptcy Judge, Middle District of Alabama

December 19, 2007

Vonda S. McLeod (MCL032)
Attorney for Appellees
Ricky Brown Sr.,
Vicki Brown
Cleveland D. Boler, III,
Evelyn D. Boler
Post Office Box 201
Montgomery, AL 36101-0201
Telephone: 334-242-9335
Facsimile: 334-242-0689
vmcleod@samvpc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been furnished by electronic filing on this day: December 19, 2007, to:

_____Jennifer Bush
Karen Materna
Richard Moxley
Counsel for the Creditor/Appellant

Curtis C. Reding, Chapter 13 Trustee
Sabrina McKinney, Staff Attorney for Chapter 13 Trustee

Teresa R. Jacobs, United States Bankruptcy Administrator
Middle District of Alabama, Northern Division.