IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CLEVELAND D. BOLER, III, | ) | CASE NO. 06-30049 |
| EVELYN D. BOLER, | ) | |
| | ) | CHAPTER 13 |
| Debtors. | ) | |

| | | |
|---|---|---|
| STATE OF ALABAMA DEPARTMENT OF | ) | |
| HUMAN RESOURCES, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | |
| CLEVELAND D. BOLER, III, | ) | 2:06-CV-473 |
| EVELYN D. BOLER, AND | ) | |
| CURTIS C. REDDING, CHAPTER 13 | ) | |
| TRUSTEE, | ) | |
| | ) | |
| Appellees. | ) | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered this day, it is the ORDER, JUDGMENT AND DECREE of the court that:

(1) The decision of the bankruptcy court – that a chapter 13 plan is not required to provide for domestic support obligations to be paid in full before disbursements are made to other priority claimants or to secured creditors beyond payments for adequate protection – is AFFIRMED.

(2) This cause is remanded to the bankruptcy court for further proceedings not

inconsistent with this opinion.

It is further ORDERED that costs are taxed against appellant State of Alabama Department of Human Resources, for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 24th day of January, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE